United States District Court
For the Northern District of California

1
2
3
4
5
6                   IN THE UNITED STATES DISTRICT COURT
7
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   MICHAEL SAMPSON,                        No. C 07-1246 WHA (PR)

11              Plaintiff,                   **ORDER OF TRANSFER**

12     v.

13   E. SALAZAR, PRES, Lieutenant
     BRANHAM, CCII AVALOS, Captain
14   T. W. MEADORS,

15              Defendants.
16   _____/

17          This is a civil rights case brought pro se by a state prisoner.  The acts complained of

18   occurred at the California Correctional Institution at Tehachapi, which lies within the venue of

19   the United States District Court for the Eastern District of California.  Defendants, who are

20   prison employees, appear to reside there as well.  Venue, therefore, properly lies in that district

21   and not in this one.  *See* 28 U.S.C. § 1391(b).

22          This case is **TRANSFERRED** to the United States District Court for the Eastern District of

23   California.  *See* 28 U.S.C. § 1406(a).  In view of the transfer, the Court will not rule upon

24   plaintiff's request for leave to proceed in forma pauperis.

25          **IT IS SO ORDERED.**

26
     Dated:  June 15, 2007.
27
                                             WILLIAM ALSUP
28                                           UNITED STATES DISTRICT JUDGE

     G:\PRO-SE\WHA\CR.07\SAMPSON246.TRN